# EXHIBIT J

U.S. Pat. No. 7,818,176 ("the '176 patent")
Infringement Chart for Claim 27

The following chart provides exemplary infringement allegations with respect to an exemplary claim of the '176 patent based on Plaintiff's investigation to date. Plaintiff reserves the right to provide modified and/or more detailed allegations (including with additional claims, products, and evidence) in accordance with its discovery obligations in view of any applicable scheduling order. This chart uses "Alexa Products" to refer to the full scope of instrumentalities identified in the complaint. Any discussion of specific Alexa Products in the following chart is exemplary.

Exemplary information relevant to infringement:

1. *Amazon Echo & Alexa Devices* - Amazon Official Site, https://www.amazon.com/Amazon-Echo-And-Alexa-Devices/b/?ie=UTF8&node=9818047011&ref_=sv_devicesubnav_1 (last visited Jul. 22, 2019)

2. *Speech Recognizer Interface*, Alexa Voice Service, developer.amazon.com, https://developer.amazon.com/docs/alexa-voice-service/speechrecognizer.html (last visited Jul. 22, 2019)

3. Chaim Gartenberg, *How to shop on Amazon using Alexa voice controls*, The Verge, Jul. 10, 2017, https://www.theverge.com/2017/7/10/15947672/amazon-alexa-voice-controls-shopping-prime-echo-how-to ("*How to Shop*")

4. *Place Orders with Alexa*, Amazon Help & Customer Service - Amazon Official Site, https://www.amazon.com/gp/help/customer/display.html?nodeId=201807210 (last visited Jul. 22, 2019)

5. *Alexa and Alexa Device FAQs*, Amazon Help & Customer Service - Amazon Official Site, https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230 (last visited Jul. 22, 2019)

6. *Audio Hardware Configurations*, Alexa Voice Service, developer.amazon.com, https://developer.amazon.com/docs/alexa-voice-service/audio-hardware-configurations.html (last visited Jul. 22, 2019)

7. Taylor Martin, *How to shop with Alexa on Prime Day*, CNET, Jul. 15, 2018, https://www.cnet.com/how-to/how-to-shop-with-alexa-prime-day/ ("*Prime Day*")

8. Richard Baguley & Colin McDonald, *Appliance Science: Alexa, how does Alexa work? The science of the Amazon Echo*, CNET, Aug. 4, 2016, https://www.cnet.com/news/appliance-science-alexa-how-does-alexa-work-the-science-of-amazons-echo/ ("*Appliance Science*")

9. *What is Conversational AI?*, Amazon Alexa - Amazon Developer Services and Technologies - Amazon Official Site, https://developer.amazon.com/alexa-skills-kit/conversational-ai (last visited Jul. 22, 2019)

10. Sarah Perez, *Alexa will soon gain a memory, converse more naturally, and automatically launch skills*, TechCrunch, Apr. 26, 2018, https://techcrunch.com/2018/04/26/alexa-will-soon-gain-a-memory-converse-more-naturally-and-automatically-launch-skills/ ("*Alexa will soon gain a memory*")

11. *Designing for Conversation – Build for dialog*, Amazon Alexa - Amazon Developer Services and Technologies - Amazon Official Site, https://developer.amazon.com/ask-resources/guided/conversational-design-workshop#/lessons/gDcQVF9nOFOtNljrELzARIGN4HuD7LNh?_k=q4qp1a (last visited Jul. 22, 2019)

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| 27.[pr] A system for selecting and presenting advertisements in response to processing natural | Alexa Products include a system for selecting and presenting advertisements in response to processing natural language utterances.<br><br>For example, Alexa Products (e.g. Echo, Echo Dot, Alexa apps, and |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| language utterances, comprising: | Alexa cloud) include Alexa. |
| | E.g. *Amazon Echo & Alexa Devices*. |
| | "With conversational AI, voice-enabled devices like Amazon Echo . . . ." E.g. *What is Conversational AI?* |
| | Alexa Products include Amazon's Alexa cloud. "Alexa allows you to ask questions and make requests using just your voice. For instance, you can ask Alexa a question, such as "What is the weather today in New York?", or tell Alexa to do something, like "Add batteries to my shopping list," or "Play jazz." When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud so we can process and respond to your request." E.g. *Alexa and Alexa Device FAQs* at answer to question 1. |
| | When ordering something not in your existing order history, Alexa "will suggest an 'Amazon Choice' product that meets the description." *How to Shop*. |
| | "You can ask Alexa to place orders for Prime-eligible physical products. On supported devices, you can also ask Alexa to place orders for music" *Place Orders with Alexa*. |
| [27.a] an input device that receives a natural language utterance containing at least one request at an input device; | Alexa Products have an input device that receives a natural language utterance containing at least one request at an input device. Examples of receiving an utterance are shown in screenshots of Alexa app's "Review Voice History" page below. |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  |  |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  |  Below is another example. "Alexa allows you to ask questions and make requests using just your voice. For instance, you can ask Alexa a question, such as "What is the weather today in New York?", or tell Alexa to do something, like "Add batteries to my shopping list," or "Play jazz." When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud so we can process and respond to your request." E.g. *Alexa and Alexa Device FAQs* at answer to question 1. |
| [27.b] a speech recognition engine coupled to the input device, wherein the speech recognition engine recognizes one or more words or phrases in the natural language utterance, wherein to recognize the words or phrases in the natural language utterance, the speech recognition engine is configured to: | Alexa Products have a speech recognition engine coupled to the input device, wherein the speech recognition engine recognizes one or more words or phrases in the natural language utterance. For example: "When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud where we process your request and other information to respond to you. For example, when you ask "Alexa, play top hits on Amazon Music" we use the recording of your request and information from Amazon Music to play top hits." *Alexa and Alexa Device FAQs* at answer to question 2. Another example is: "Alexa uses a combination of automatic speech recognition (ASR) and natural language understanding (NLU) to understand user speech and respond with precision. ASR converts user speech into text, NLU converts that text into intents for Alexa to act on. At the end of this process Alexa sends directives to your product |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| | instructing it to perform an action..." *Audio Hardware Configurations* at Automatic Speech Recognition Profiles. |
| [27.c] map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar; and | Alexa Products map a stream of phonemes contained in the natural language utterance to one or more syllables that are phonemically represented in an acoustic grammar.<br><br>For example: "When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud where we process your request and other information to respond to you. For example, when you ask "Alexa, play top hits on Amazon Music" we use the recording of your request and information from Amazon Music to play top hits." *Alexa and Alexa Device FAQs* at answer to question 2.<br><br>Another example is: "Alexa uses a combination of automatic speech recognition (ASR) and natural language understanding (NLU) to understand user speech and respond with precision. ASR converts user speech into text, NLU converts that text into intents for Alexa to act on. At the end of this process Alexa sends directives to your product instructing it to perform an action..." *Audio Hardware Configurations* at Automatic Speech Recognition Profiles.<br><br>Another example is: "Every user utterance leverages SpeechRecognizer. It is the core interface of the Alexa Voice Service (AVS). It exposes directives and events for capturing user speech and prompting a client when Alexa needs additional speech input." *Speech Recognizer Interface* |
| [27.d] generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases; | Alexa Products generate a preliminary interpretation for the natural language utterance from the one or more syllables, wherein the preliminary interpretation generated from the one or more syllables includes the recognized words or phrases.<br><br>Examples are generating preliminary interpretations for natural language utterances shown in screenshots of Alexa app's "Review Voice History" page below. |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  |  |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| | 
Below is another example.

"Every user utterance leverages SpeechRecognizer. It is the core interface of the Alexa Voice Service (AVS). It exposes directives and events for capturing user speech and prompting a client when Alexa needs additional speech input." *Speech Recognizer Interface*. |
| [27.e] a conversational language processor coupled to the speech recognition engine, wherein the conversational language processor is configured to: | Alexa Products have a conversational language processor coupled to the speech recognition engine.

For example, Alexa Products include Amazon's Alexa cloud that has one or more processors: "When you speak to Alexa, a recording of what you asked Alexa is sent to Amazon's cloud where we process your request and other information to respond to you. For example, when you ask "Alexa, play top hits on Amazon Music" we use the recording of your request and information from Amazon Music to play top hits." *Alexa and Alexa Device FAQs* at answer to question 2.

More examples are below.

"Alexa uses a combination of automatic speech recognition (ASR) and natural language understanding (NLU) to understand user speech and respond with precision. ASR converts user speech into text, NLU converts that text into intents for Alexa to act on. At the end of this process Alexa sends directives to your product instructing it to perform an action..." *Audio Hardware Configurations* at Automatic Speech |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  | Recognition Profiles.<br><br>"The service that processes this recording is called Alexa Voice Services (AVS). Run by Amazon, this converts the recording into commands that it interprets. It's more than a simple voice-to-text service: it is a fully programmable service that can work with other online services to do a surprising range of things." *Appliance Science*. |
| [27.f] interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance; | Alexa Products interpret the recognized words or phrases, wherein interpreting the recognized words or phrases includes establishing a context for the natural language utterance.<br><br>Examples are interpreting the recognized words or phrases shown in screenshots of Alexa app's "Review Voice History" page below. |

-8-

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  |  Below are more examples. "Alexa uses a combination of automatic speech recognition (ASR) and natural language understanding (NLU) to understand user speech and respond with precision. ASR converts user speech into text, NLU converts that text into intents for Alexa to act on. At the end of this process Alexa sends directives to your product instructing it to perform an action..." *Audio Hardware Configurations* at Automatic Speech Recognition Profiles. "The service that processes this recording is called Alexa Voice Services (AVS). Run by Amazon, this converts the recording into commands that it interprets. It's more than a simple voice-to-text service: it is a fully programmable service that can work with other online services to do a surprising range of things." *Appliance Science*. "Everyday conversations take many things into account besides just the words we speak, including why, when, and where we converse. When designing for voice, think about how you can provide context to provide a delightful conversation." *What is Conversational AI?* "Alexa will soon be able to have more natural conversations with users, thanks to something called 'context carryover.' This means that Alexa will be able to understand follow-up questions and respond appropriately..." *Alexa will soon gain a memory*. |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  | "The person asking the question initiated the conversation, and you, having tracked the current state, pulled out the appropriate "file" to respond with an answer or appropriate followup question. Dialog Management provides a means for keeping track of context and prompting for required information regardless of the order in which the user provides it." *Designing for Conversation – Build for dialog*. |
| [27.g] select an advertisement in the context established for the natural language utterance; and | Alexa Products select an advertisement in the context established for the natural language utterance. Examples are selecting advertisements as shown in screenshots of Alexa app's "Review Voice History" page below. |

-10-

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
|  |  Below are more examples. "For starters, if you want to reorder something you've already purchased from Amazon before, just say, "Alexa, reorder a Swiss Army knife." Alexa will pull up your order history and let you select from the items. You confirm with Alexa which item you want from your history and you're done." *Prime Day*. "To order something you've not ordered through Amazon before, say something like "Alexa, order deodorant," or "Alexa, buy a microSD card." Alexa will then perform a search for that item and offer a few recommendations based on Amazon preferred products or products you've purchased from similar categories in the past. It will talk you through the handful of recommendations. Like with reordering, just tell Alexa the number of the suggestion you want to add it to your cart." *Prime Day*. |
| [27.h] present the selected advertisement via an output device. | Alexa Products present the selected advertisement via an output device Examples of presenting advertisements via an output device are shown in screenshots of Alexa app's "Review Voice History" page below. |

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| |  |

-12-

| '176 Patent Claim Language | Exemplary Alexa Products |
|---|---|
| |  Below are more examples. "For starters, if you want to reorder something you've already purchased from Amazon before, just say, "Alexa, reorder a Swiss Army knife." Alexa will pull up your order history and let you select from the items. You confirm with Alexa which item you want from your history and you're done." *Prime Day*. "To order something you've not ordered through Amazon before, say something like "Alexa, order deodorant," or "Alexa, buy a microSD card." Alexa will then perform a search for that item and offer a few recommendations based on Amazon preferred products or products you've purchased from similar categories in the past. It will talk you through the handful of recommendations. Like with reordering, just tell Alexa the number of the suggestion you want to add it to your cart." *Prime Day*. |

-13-