IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB Assets, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>Amazon.com, Inc.; Amazon.com LLC; Amazon Web Service, Inc.; A2Z Development Center, Inc. d/b/a/ Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Service, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC,<br><br>    Defendants. | Case No. 1:19-cv-01410-MN |

### DEFENDANTS' MOTION TO DISMISS
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants hereby respectfully move to dismiss the Complaint in the above action with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are fully set forth in Defendants' accompanying opening brief.

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP** Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

September 18, 2019

ASHBY & GEDDES

<u>/s/ Steven J. Balick</u>
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Counsel for Defendants*
Amazon.com, Inc.; Amazon.com LLC; Amazon Web Service, Inc.; A2Z Development Center, Inc. d/b/a/ Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Service, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC.

{01488029;v1 }