## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**VB Assets, LLC**,

                    Plaintiff,

          v.                                             C.A. No. 1:19-cv-01410-MN

**Amazon.com Inc., et al.**,

                    Defendants.

### ADDENDUM TO STIPULATED PROTECTIVE ORDER

In light of the COVID-19 pandemic, and the resulting Federal, State, and local travel restrictions and shelter-in-place orders (collectively, "COVID-19 Restrictions"), Plaintiff VB Assets, LLC  and defendants Amazon.com, Inc.; Amazon.com LLC; Amazon Web Services, Inc.; A2Z Development Center, Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC (collectively, "the parties") agree to the following additional term governing production of Protected Information designated as "HIGHLY CONFIDENTIAL – SOURCE CODE."

The term in this Addendum shall remain in effect only so long as COVID-19 Restrictions are in effect at the locations of respective relevant parties, such as the location of the parties' respective counsel and source code review consultants and experts.  Once the COVID-19 Restrictions in those locations are lifted, however, the Producing Party can, at its sole discretion, continue (or resume) providing Source Code pursuant to the term of this Addendum at any time or provide Source Code pursuant to section 2.4.10 of the Stipulated Protective Order.

The parties acknowledge that while the term below may not reflect the Producing Party's normal security protocols, it represents an accommodation in the interest of moving the case forward during the unprecedented COVID-19 pandemic and in light of applicable COVID-19 Restrictions and related office closures and travel restrictions.  A Party's agreement to make Source Code available pursuant to this Addendum shall not be construed as an admission that the provision of this Addendum is appropriate in any other case or that this provision provides an acceptable level of security for the Producing Party's Source Code at any other time not affected by the COVID-19 pandemic.  The Addendum may not be cited as an appropriate practice to follow once the COVID-19 pandemic has passed even if the Producing Party decides to follow the term of this Addendum after the COVID-19 Restrictions are lifted because other pandemic-related issues such as delayed office re-openings may still be experienced.

1.      The Receiving Party's outside counsel of record, experts or consultants may temporarily keep paper copies of the Source Code or any notes, analyses, or descriptions of Source Code ("Source Code Material") under their direct control in a secured home office in a manner that prevents unauthorized access to the Source Code Material.

JOINTLY SUBMITTED BY:

WILSON SONSINI GOODRICH & ROSATI, P.C.                   ASHBY & GEDDES

/s/ Ian R. Liston                                        /s/ Andrew C. Mayo
Ian R. Liston (Delaware Bar I.D. # 5507)                 Steven J. Balick (#2114)
222 Delaware Avenue                                      Andrew C. Mayo (#5207)
Suite 800                                                500 Delaware Avenue, 8th Floor
Wilmington, DE 19801                                     P.O. Box 1150
iliston@wsgr.com                                         Wilmington, DE 19899
Telephone: (302) 304-7600                                (302) 654-1888
Facsimile: (866) 974-7329                                sbalick@ashbygeddes.com
                                                         amayo@ashbygeddes.com
*Attorneys for VB Assets, LLC*
                                                         *Attorneys for Defendants*
                                                         *Amazon.com Inc.; Amazon.com LLC; Amazon*
                                                         *Web Services, Inc.; A2Z Development Center,*
                                                         *Inc. d/b/a Lab126; Rawles LLC; AMZN*
                                                         *Mobile LLC; AMZN Mobile 2 LLC;*
                                                         *Amazon.com Services, Inc. f/k/a Amazon*
                                                         *Fulfillment Services, Inc.; and Amazon Digital*
                                                         *Services LLC*

SO ORDERED this  27th  day of    May     , 2020

The Honorable Maryellen Noreika
United States District Judge

3