

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

o: 302.304.7600
f: 866.974.7329

August 13, 2020

**VIA CM/ECF**

The Honorable Maryellen Noreika
United States District Judge

Re:     **_VB Assets, LLC v. Amazon.com, Inc. et al., Case No. 1:19-cv-01410-MN_**

Your Honor,

In accordance with the Court's July 9, 2020 Order (D.I. 47), Plaintiff VB Assets, LLC submits that the patent-eligible claims in *McRO, Inc. v. Bandai Namco Games Am. Inc.*, 837 F.3d 1299 (Fed. Cir. 2016) are the most similar to challenged claims here.

In *McRO,* the Federal Circuit held that software method claims were not directed to an abstract idea because they "focused on a specific asserted improvement in computer animation, i.e., the automatic use of rules of a particular type." *Id.* at 1314. The court reasoned that the because representative claim 1 focused on rules of a particular type, it did not "simply use a computer as a tool to automate conventional activity." *Id.* In finding that the claims were not an abstract idea, the court considered the evidence of prior art methods of computer animation. *Id.* In light of claim's focus on particular rules and how these rules distinguished the claims from the prior art, the court concluded that: "The claim uses the limited rules in a process specifically designed to achieve an improved technological result in conventional industry practice." *Id.* at 1316.

Like in *McRO,* the challenged claims here teach specific improvements to voice user interface systems that address specific problems in prior art systems. The '681 and '049 patents claim specific sets of rules that use short term shared knowledge and long term shared knowledge to interpret a natural language utterance. This solved problems with prior art "Command and Control" type systems that required a user to adhere to rigid speech prompts. Likewise, the '703 patent claims a specific set of rules for shopping online using voice, including determining a product based on context and completing a transaction without further user input. This solved problems of prior art online shopping systems that typically required a user to browse a website to locate a product and fill out numerous payment and shipping forms before having the product delivered. Finally, the '176, '536 and '097 patents claim specific sets of rules that use context for providing advertisements in a voice user interface system. This solved the problem of prior art systems that required a user to navigate through a series of menus.

WILSON SONSINI

Honorable Maryellen Noreika
August 13, 2020
Page 2

Respectfully,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


*/s/ Ian Liston*
Ian Liston