# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VB Assets, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:19-cv-01410-MN |
| | ) | |
| v. | ) | |
| | ) | |
| Amazon.com, Inc.; Amazon.com LLC; Amazon | ) | |
| Web Services, Inc.; A2Z Development Center, | ) | |
| Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile | ) | |
| LLC; AMZN Mobile 2 LLC; Amazon.com | ) | |
| Services, Inc. f/k/a Amazon Fulfillment Services, | ) | |
| Inc.; and Amazon Digital Services LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

Please take notice that on the 7th day of October, 2020, copies of the following document,

Plaintiff VB Assets, LLC's Initial Infringement Contentions were served upon counsel as

indicated below:

VIA ELECTRONIC MAIL
Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE 19801
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Counsel for Defendants*

VIA ELECTRONIC MAIL
J. David Hadden
Saina S. Shamilov
Ravi R. Ranganath
Vigen Salmastlian
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
vsalmastlian@fenwick.com

*Counsel for Defendants*

Dated: October 8, 2020                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          */s/ Ian R. Liston*

                                          Ian R. Liston (Delaware Bar I.D. # 5507)
                                          222 Delaware Avenue
                                          Suite 800
                                          Wilmington, DE 19801
                                          iliston@wsgr.com
                                          Telephone: (302) 304-7600
                                          Facsimile: (866) 974-7329

                                          ***Of Counsel:***

                                          Edward G. Poplawski, admitted *pro hac vice*
                                          Erik J. Carlson, admitted *pro hac vice*
                                          Ryan S. Benyamin, admitted *pro hac vice*
                                          633 West Fifth Street, Suite 1550
                                          Los Angeles, CA 90071-2027
                                          epoplawski@wsgr.com
                                          ecarlson@wsgr.com
                                          rbenyamin@wsgr.com
                                          Telephone: (323) 210-2900
                                          Facsimile: (866) 974-7329

                                          James C. Yoon, admitted *pro hac vice*
                                          Ryan Smith, admitted *pro hac vice*
                                          650 Page Mill Road
                                          Palo Alto, CA 94304-1050
                                          jyoon@wsgr.com
                                          rsmith@wsgr.com
                                          Telephone: (650) 493-9300
                                          Facsimile: (650) 493-6811

                                          *Attorneys for VB Assets, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2020, a copy of the foregoing document

was served by CM/ECF upon the following counsel:

VIA ELECTRONIC MAIL
Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
Wilmington, DE 19801
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Counsel for Defendants*

VIA ELECTRONIC MAIL
J. David Hadden
Saina S. Shamilov
Ravi R. Ranganath
Vigen Salmastlian
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
vsalmastlian@fenwick.com

*Counsel for Defendants*

*/s/ Ian R. Liston*

Ian R. Liston (Delaware Bar I.D. # 5507)