IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB Assets, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:19-cv-01410-MN |
| v. | ) |
| | ) |
| Amazon.com, Inc.; Amazon.com LLC; Amazon Web Services, Inc.; A2Z Development Center, Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT CLAIM CONSTRUCTION CHART**

In accordance with Paragraph 11 of the Scheduling Order (D.I. 32), Plaintiff VB Assets, LLC ("VoiceBox" or "Plaintiff") and Defendants Amazon.com, Inc.; Amazon.com LLC; Amazon Web Services, Inc.; A2Z Development Center, Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC (collectively, "Amazon" or "Defendants") submit the following Joint Claim Construction Chart in advance of the claim construction hearing scheduled for June 9, 2021 regarding U.S. Patent Nos. 8,073,681 ("the '681 patent"); 9,015,049 ("the '049 patent"); 9,626,703 ("the '703 patent"); 7,818,176 ("the '176 patent"); 8,886,536 ("the '536 patent"); and 9,269,097 ("the '097 patent") (collectively, the "Patents-in-Suit").

This Joint Claim Construction Chart, attached as **Exhibit A,** sets forth (i) agreed construction for certain claim terms; (ii) the disputed claim terms; (iii) the parties' respective

proposed constructions for the disputed claim terms; and (iv) citations to the intrinsic evidence on which each party will rely to support its proposed construction for disputed claim terms. The parties have made good faith effort to include herein all support in intrinsic evidence, but reserve the right to rely on additional evidence, such as intrinsic and extrinsic evidence, in their claim construction briefs to provide additional context or to rebut arguments made by the other party during the claim construction briefing. The parties further reserve the right to rely on any intrinsic evidence identified by the other party. The parties further reserve the right to update and/or supplement their proposed claim constructions with the claim construction briefs.

The parties intend to rely on the Patents-in-Suit, and patents and applications to which the Patents-in-Suit claim priority, including any related patents or patent applications related to the Patents-in-Suit. Any citation to intrinsic evidence provided by the parties in support of their proposed claim construction is intended as examples. The parties reserve the right to cite to claims in which the proposed terms for construction appear. The parties reserve the right to cite to analogous passages in other relevant patents or prosecution histories and agree that a citation to the specification of one Patent-in-Suit also incorporates by reference citations to duplicative portions of the specifications of the other Patent-in-Suit. Any additional evidence or reference within or encompassed by a particular citation is deemed incorporated by reference (*e.g.*, references to a figure or table or other patents and patent applications are incorporated by reference and specification descriptions of a cited figure or table are similarly incorporated by reference). Cited passages are intended to include all figures and tables referenced therein, whether referenced or not.

| | |
|---|---|
| ASHBY & GEDDES | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| /s/ *Andrew C. May* | /s/ *Ian R. Liston* |
| Steven J. Balick (Delaware Bar I.D. #2114)<br>Andrew C. Mayo (Delaware Bar I.D. #5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Ian R. Liston (Delaware Bar I.D. #5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>iliston@wsgr.com<br>Telephone: (302) 304-7600<br>Facsimile: (866) 974-7329 |

**Of Counsel**:

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Sapna Mehta, CSB No. 288238
Email: smehta@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.520

*Attorneys for Defendants*

Dated: February 12, 2021

*Of Counsel:*

Edward G. Poplawski, admitted *pro hac vice*
Erik J. Carlson, admitted *pro hac vice*
Ryan S. Benyamin, admitted *pro hac vice*
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
epoplawski@wsgr.com
ecarlson@wsgr.com
rbenyamin@wsgr.com
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

James C. Yoon, admitted *pro hac vice*
Ryan Smith, admitted *pro hac vice*
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for VB Assets, LLC*