# **<u>EXHIBIT A</u>**

*VB Assets, LLC v. Amazon.com, Inc. et al.*
Civil Action No. 1:19-cv-01410-MN
**Exhibit A: Joint Claim Construction Chart**

I. **AGREED CONSTRUCTIONS**

| Claim Term | Joint Proposed Construction |
|---|---|
| "model"<br><br>'049 patent, claims 1, 3, 4, 5, 8, 11, 13, 14, 15, 18;<br><br>'176 patent, claims 2–5, 18–21, 28–31, 44–47. | "an approximation, representation, or idealization of selected aspects of the structure, behavior, operation, or other characteristics of a real-world process, concept, or system" |

II. **DISPUTED CONSTRUCTIONS**

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "short-term shared knowledge" / "short-term knowledge"<br><br>'681 patent, claims 1–3, 10, 13–15, 22, 25–27, 34, 37, 39, 41.<br><br>'049 patent, claims 1, 3-4, 7-8, 11, 13-14, 17-18. | Plain and ordinary meaning: "shared knowledge that accumulates during a single conversation and may include cross-modality awareness, where in addition to accumulating input relating to user utterances, requests, locations, etc., may accumulate a current | '681 patent at 4:51–5:30, 13:11–14:2, 14:24-30, 16:34–40.<br><br>'681 patent file history at: 11/1/2010 Office Action; 8/15/2011 Notice of Allowance.<br><br>'049 patent at 4:63–5:42, 13:24–14:15, 14:37–43, 16:55–61. | No construction necessary. | **'681 Patent**<br><br>Specification:<br><br>3:41-64; 4:51-5:30; 5:48-60; 10:57-11:20; 11:62-12:18; 13:32-37; 13:38-14:2; 14:3-23; 15:35-54; 15:65-16:23; 16:24-53; 17:51-18:3; Fig. 3; cls. 1–3, 10, 13–15, 22, 25–27, 34, 37, 39, and 41. |

---

[1] Plaintiff's citations include any publications or references cited therein. Plaintiff also identifies the entirety of the claims in which the terms appear, including dependent claims, as intrinsic evidence and/or context that supports Plaintiff's constructions, and further reserves the right to rely on any evidence cited by Defendants.

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | user interface state relating to other modal inputs to further build shared knowledge models" | '049 patent file history at 8/25/2014 Notice of Allowance. | | File History:<br>• Amendment and Remarks dated January 21, 2011.<br>• Amendment and Remarks dated September 2, 2010.<br><br>**'049 Patent**<br><br>Specification:<br><br>3:53-4:9; 4:63-5:42; 5:60-6:5; 11:3-34; 13:45-50; 13:51-14:15; 14:16-36; 15:57-16:8; 16:19-44; 16:45-17:7; 18:5-25; Fig. 3; cls. 1, 3-4, 7-8, 11, 13-14, and 17-18.<br><br>File History:<br>• Non-Final Rejection dated August 25, 2014.<br>• *Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346, Paper 1 at 6, 7, 17-22, 30-35, 51-54 (PTAB July, 23, 2020); Ex. 1002 (Declaration of Dr. Smyth ISO Petition |

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | of *Inter Partes* Review of '049 Patent) at ¶¶69-74, 88-93, 122, 123, 125-127.<br><br>• *Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346, Paper 6 at 1-2, 5-14 (PTAB Nov. 9, 2020).<br><br>• *Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346, Paper 7 at 9, 10, 16-19 (PTAB Feb. 4, 2021). |
| 2. | "long-term shared knowledge" / "long-term knowledge"<br><br>'681 patent, claims 1, 4, 13, 16, 25, 28, 37, 39, 41.<br><br>'049 patent, claims 4-6, 8, 14-16, 18. | Plain and ordinary meaning: "shared knowledge built by identifying information with long-term significance that is user-centric, rather than session-based" | '681 patent at 4:51–5:30, 13:10–37, 14:3–30, 16:34–40.<br><br>'681 patent file history at: 11/1/2010 Office Action; 8/15/2011 Notice of Allowance.<br><br>'049 patent at 4:63–5:42, 13:24–34, 14:16–43, 16:55–61. | No construction necessary | **'681 Patent**<br><br>Specification:<br><br>3:41-64; 4:51-5:30; 5:48-60; 10:57-11:20; 11:62-12:18; 13:32-37; 13:38-14:2; 14:3-23; 15:35-54; 16:24-53; 17:51-18:3; Fig. 3; cls. 1, 4, 13, 16, 25, 28, 37, 39, and 41.<br><br>File History:<br><br>• Amendment and Remarks dated January 21, 2011. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | <ul><li>Amendment and Remarks dated September 2, 2010.</li></ul>**'049 Patent**<br><br>Specification:<br><br>3:53-4:9; 4:63-5:42; 5:60-6:5; 11:3-34; 13:45-50; 13:51-14:15; 14:16-36; 15:57-16:8; 16:45-17:7; 18:5-25; Fig. 3; cls. 4-6, 8, 14-16, and 18.<br><br>File History:<br><ul><li>Non-Final Rejection dated August 25, 2014.</li><li>*Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346, Paper 1 at 6, 7, 19-21, 33-42 (PTAB July, 23, 2020); Ex. 1002 (Declaration of Dr. Smyth ISO Petition of *Inter Partes* Review of '049 Patent) at ¶¶69-74, 93-98.</li><li>*Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346,</li></ul> |

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Paper 6 at 11-12 (PTAB Nov. 9, 2020).<br><br>• *Amazon.com, Inc. v. VB Assets, LLC*, IPR2020-01346, Paper 7 at 9, 10 (PTAB Feb. 4, 2021). |
| 3. | "speech recognition engine" / "speech recognition"<br><br>'681 patent, claims 7, 10, 19, 22, 31, 33, 34;<br><br>'703 patent, claims 1, 9, 15, 22, 25, 29, 30;<br><br>'176 patent, claims 1, 10, 14, 25, 27, 36, 40, 42, 51;<br><br>'536 patent, claims 1, 10, 32;<br><br>'097 patent, claim 7. | Plain and ordinary meaning: "software or hardware that generates one or more preliminary interpretations of a given utterance" / "the process of generating one or more preliminary interpretations of a given utterance" | '681 patent at 2:16–20, 7:24–60.<br><br>'703 patent at 4:7–10, 7:48–59, 9:27–11:37.<br><br>'176 patent at 3:14–4:16.<br><br>'536 patent at 3:38–4:42.<br><br>'097 patent at 3:40–4:42.<br><br>U.S. Patent No. 7,398,209 at 10:49–64, 16:52–17:40.<br><br>'176 patent file history at 5/27/2010 Office Action. | Plain and ordinary meaning: "software or hardware that recognizes the words or phrases in the natural language utterance" | **'681 Patent**<br><br>Specification:<br><br>2:4-30; 3:41-64; 7:24-60; 11:21-32; 16:54-17:20; Fig. 1; cls. 7, 10, 22, 31, and 34.<br><br>File History:<br><br>• Amendment and Remarks dated September 2, 2010.<br>• Amendment and Remarks dated January 21, 2011.<br>• Notice of Allowance dated August 15, 2011.<br><br>**'703 Patent**<br><br>Specification: |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | 4:7-23; 7:48-59; 9:20-42; 9:43-54; 9:63-10:16; 10:17-36; 10:37-42; 10:43-51; 10:52-56; 10:57-11:7; 11:8-27; 18:28-39; Fig. 2; cls. 1, 9, 15, 22, 25, 29, and 30.<br><br>File History:<br><br>• Amendment and Remarks dated December 21, 2016.<br><br>**'176 Patent**<br><br>Specification:<br><br>2:61-3:27; 3:28-51; 3:66-4:16; Fig. 1; cls. 1, 10, 14, 25, 27, 36, 40, 42, and 51.<br><br>File History:<br><br>• Amendment and Remarks dated February 17, 2010.<br><br>**'536 Patent**<br><br>Specification:<br><br>3:18-51; 3:52-4:8; 4:24-41; Fig. 1; cls. 1, 10, and 32. |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | **'097 Patent**<br><br>Specification:<br><br>3:20-53; 3:54-4:10; 4:25-42; Fig. 1; cl. 7.<br><br>**'409 Patent**[2]<br><br>Specification:<br><br>2:16-56; 2:57-3:13; 3:53-4:3; 5:62-6:62; 7:49-63; Figs. 1-2.<br><br>**'209 Patent**[3]<br><br>Specification:<br><br>10:49-64; 16:52-67; 17:9-21.<br><br>**'720 Patent**[4] |

---

[2] The '681 and '049 patents incorporate by reference U.S. Patent No. 7,634,409 ("'409 patent") entitled "Dynamic Speech Sharpening" filed on August 31, 2006 and issued on December 15, 2009 in its entirety.

[3] The '176, '536, '049, and '097 patents incorporate by reference U.S. Patent No. 7,398,209 ("'209 patent") entitled "Systems and Methods for Responding to Natural Language Speech Utterance" filed on June 3, 2003 and issued on July 8, 2008 in its entirety.

[4] The '176, '536, '049, and '097 patents incorporate by reference U.S. Patent No. 7,693,720 ("'720 patent") entitled "Mobile Systems and Methods for Responding to Natural Language Speech Utterance" filed on July 15, 2003 and issued on April 6, 2010 in its entirety.

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Specification: 20:62-21:10; 27:1-16; 27:25-41; 27:42-55. |
| 4. | "domain agent" '536 patent, claims 1, 4, 32. | Plain and ordinary meaning: "agent with domain-specific behavior and information that generates for a particular domain a context-based interpretation of the utterance" | '536 patent at 4:42–5:3. U.S. Patent No. 7,398,209 at 2:48–3:7, 10:8–20, 10:49–14:14. U.S. Patent No. 7,693,720 at 4:25–64, 16:48–17:3, 21:61–23:41, 22:61–22:57, 29:35–32:19. | "a software program that represents a subject domain that may apply to a user's utterance" | **'536 Patent** Specification: 4:9-23; 4:42-59; Fig. 1; cls. 1, 4, and 32. |
| 5. | "acoustic grammar" '176 patent, claims 1, 16, 27, 42. | Plain and ordinary meaning: "grammar of phonotactic rules of the English language that maps a speech signal into a phonemic representation" | '176 patent at 2:61–4:16. U.S. Patent No. 7,634,409 at 2:46-50. '176 patent file history at 5/27/2010 Office Action. | No construction necessary, or in alternative: "grammar of phonotactic rules of the English language that maps phonemes to syllables" | **'176 Patent** Specification: 3:28-51; Fig. 1; cls. 1, 16, 27, and 42. **'409 Patent**[5] Specification: 2:32-56, 2:57-3:13; 6:13-26; 6:27-45; 6:46-62; 7:9-30; 7:31-48; 7:49-63; cls. 1-4 and 9-12. |

---

[5] The '176 patent also incorporates by the '409 patent entitled "Dynamic Speech Sharpening" filed on August 31, 2006 and issued on December 15, 2009 in its entirety.

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 6. | "context"<br><br>'681 patent, claims 1, 7, 13, 19, 22, 25, 31, 34, 37, 39, 41;<br><br>'703 patent, claims 1, 15, 25, 30;<br><br>'176 patent, claims 1, 14, 27, 40. | No construction necessary: "context" | '681 patent at 3:41-4:32.<br><br>'703 patent at 7:60–8:13.<br><br>'176 patent at 2:12–32, 4:17–44, 9:29–10:9<br><br>U.S. Patent No. 7,640,160 at 2:33–3:15, 13:29–43.<br><br>U.S. Patent No. 7,949,529 at 2:46–57, 3:47–4:36, 7:5–61, 19:10–20:26, 32:32–36:9.<br><br>US Patent No. 7,620,549 at 3:15–49.<br><br>U.S. Patent No. 7,395,209 at 5:47–6:37, 11:58–12:3, 17:41–56, | "subject domain that applies to a user utterance" | **'681 Patent**<br><br>Specification:<br><br>2:31-3:14; 3:15-40; 3:41-64; 3:65-4:32; 4:51-30; 5:31-47; 5:61-4; 6:18-39; 6:46-57; 7:61-8:18; 8:35-51; 8:52-9:18; 9:46-10:6; 10:57-11:20; 11:21-32; 11:33-61; 11:62-12:18; 12:19-45; 12:46-13:9; 14:3-23; 16:54-17:20; Figs. 2-3; cls. 1, 13, 25, 34, 39, and 41.<br><br>File History:<br><ul><li>Amendment and Remarks dated September 2, 2010.</li><li>Amendment and Remarks dated January 21, 2011.</li></ul><br>**'049 Patent**<br><br>Specification:<br><br>2:43-26; 3:53-4:9; 4:10-44; 4:63-5:42; 6:31-51; 8:6-30; 8:47-63; 8:64-9:30; 9:59-10:19; 11:2-34; 11:35-46; 11:47-12:8; 12:9-32; 12:33-59; 12:60-13:23; 13:51-14:15; 17:8-41; |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | 17:56-18:4; 18:5-19:8; Figs. 2-3; cls. 1-6 and 11-16.<br><br>File History:<br><br>● Non-Final Rejection dated August 25, 2014.<br><br>**'703 Patent**<br><br>Specification:<br><br>4:7-23; 7:60-8:13; 8:43-54; 11:8-27; 12:34-46; 12:47-61; 18:28-39; 18:40-52; Figs. 1-3; cls. 1, 8-9, 15, 21-22, 25, and 28-30.<br><br>File History:<br><br>● Amendment and Remarks dated December 21, 2016.<br><br>**'176 Patent**<br><br>Specification:<br><br>2:19-42; 3:52-65; 4:17-44; 6:38-65; 7:32-57; 7:58-8:6; 8:44-9:2; 9:3-28; 9:29-45; 9:46-10:9; Figs. 1-3; cls. 1, 14, 27, and 40. |

| | **Claim Term** | **Plaintiff's Proposed Construction** | **Plaintiff's Intrinsic Evidence[1]** | **Defendants' Proposed Construction** | **Defendants' Intrinsic Evidence** |
|---|---|---|---|---|---|
| | | | | | File History:<br><br>• Amendment and Remarks dated February 17, 2010.<br><br>**'536 Patent**<br><br>Specification:<br><br>2:43-67; 4:42-5:3; 5:4-37; 5:55-6:3; 6:66-7:26; 7:60-8:18; 8:19-33; 9:4-29; 9:30-55; 10:6-36; 11:38-50; 11:51-62; Figs. 1-3; cl. 3. |
| 7. | "roles associated with the user"<br><br>'681 patent, claims 5, 17, 29 | No construction necessary: "roles associated with the user" | '681 patent at 5:31–47, 14:31–15:35.<br><br>'681 patent file history at: 6/16/2010 Office Action; 9/2/2010 Response to Non-final Office Action; 11/1/2010 Office Action; 1/21/2011 Reply and Amendment; 8/15/2011 Notice of Allowance, IPR2020-01367 at Petition pp. 6, 34–36, Ex. 1002 ¶¶ 140–144, 150, 153, Ex. 1003, Ex. 1011. | Indefinite | **'681 Patent**<br><br>Specification:<br><br>5:31-47; 14:31-60; 14:61-15:35; Fig. 3; cls. 5, 17, and 29. |
| 8. | "conversation type"<br><br>'681 patent, claims 5, 7-8, 17, 19-20, 29, 31-32 | No construction necessary: "conversation type" | '681 patent at 5:31–47, 14:31–54.<br><br>'681 patent file history at: 6/16/2010 Office Action; | Indefinite | **'681 Patent**<br><br>Specification: |

| | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 9/2/2010 Response to Non-final Office Action; 11/1/2010 Office Action; 1/21/2011 Reply and Amendment; 8/15/2011 Notice of Allowance, IPR2020-01367 at Petition pp. 36–40, 51–52, Ex. 1002 ¶¶ 145–155, 180–185, Ex. 1003, Ex. 1011. | | 5:31-47; 5:48-60; 14:31-60; 15:35-54; Fig. 3; cls. 5, 17, and 29. |
| 9. | "information allocation among the user" '681 patent, claims 5, 17, 29 | No construction necessary: "information allocation among the user" | '681 patent at 1:12–55, 5:31–47, 14:31–15:36. '681 patent file history at: 6/16/2010 Office Action; 9/2/2010 Response to Non-final Office Action; 11/1/2010 Office Action; 1/21/2011 Reply and Amendment; 8/15/2011 Notice of Allowance; IPR2020-01367 at Petition pp. 6, 34–38, Ex. 1002 ¶¶ 34, 138, 140–147, 150–154, Ex. 1003, Ex. 1011. | Indefinite | **'681 Patent** Specification: 5:31-47; 14:31-60; 14:61-15:35; cls. 5, 17, and 29. |
| 10. | "psychologically appropriate amount of time" '681 patent, claims 3, 15, 27 | No construction necessary: "psychologically appropriate amount of time" | '681 patent at 4:51–5:30. '681 patent file history at: 6/16/2010 Office Action; 9/2/2010 Response to Non-final Office Action; 11/1/2010 Office Action; | Indefinite | **'681 Patent** Specification: 4:51-5:4; cls. 3, 15, and 27 |

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence[1] | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
|  |  | 1/21/2011 Reply and Amendment; 8/15/2011 Notice of Allowance, IPR2020-01367 at Petition pp. 60–62, Ex. 1002 ¶¶ 202–204, 206, 208, Ex. 1003, Ex. 1028. |  |  |