# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC,<br><br>        Defendants. | C.A. No. 1:19-cv-1410-MN |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR PARTIAL DISMISSAL**

In an effort to streamline the proceedings and narrow the issues before the Court, Plaintiff VB Assets, LLC ("VB Assets") and Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC (collectively "Amazon"), hereby jointly stipulate that under Rule 41(a)(1)(A)(ii) and subject to the approval of the Court, all claims of infringement relating to claims 3, 4, 15, 16, 27, and 28 of U.S. Patent No. 8,073,681 (the "'681 patent") are dismissed with prejudice.

| ASHBY & GEDDES | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Ian R. Liston* |
| Steven J. Balick (Delaware Bar I.D. #2114)<br>Andrew C. Mayo (Delaware Bar I.D. #5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br>Telephone: (302) 654-1888 | Ian R. Liston (Delaware Bar I.D. #5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>iliston@wsgr.com<br>Telephone: (302) 304-7600 |
| *Of Counsel*: | *Of Counsel:* |
| J. David Hadden, CSB No. 176148<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, CSB No. 215636<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath, CSB No. 272981<br>rranganath@fenwick.com<br>Johnson Kuncheria, CSB No. 335765<br>jkuncheria@fenwick.com<br>Vigen Salmastlian, CSB No. 276846<br>Email: vsalmastlian@fenwick.com<br>Sapna Mehta, CSB No. 288238<br>Email: smehta@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.520 | Edward G. Poplawski, admitted *pro hac vice*<br>Erik J. Carlson, admitted *pro hac vice*<br>Ryan S. Benyamin, admitted *pro hac vice*<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>epoplawski@wsgr.com<br>ecarlson@wsgr.com<br>rbenyamin@wsgr.com<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>James C. Yoon, admitted *pro hac vice*<br>Ryan Smith, admitted *pro hac vice*<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>jyoon@wsgr.com<br>rsmith@wsgr.com<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| *Attorneys for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC* | *Attorneys for VB Assets, LLC* |

Dated: April 9, 2021

IT IS SO ORDERED this _____ day of _____ 2021.

_____
The Honorable Maryellen Noreika