IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB Assets, LLC,<br><br>            Plaintiff,<br>     v.<br><br>Amazon.com, Inc.; Amazon.com LLC; Amazon Web Services, Inc.; A2Z Development Center, Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC,<br><br>            Defendants. | Case No. 1:19-cv-01410-MN |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2021, **NOTICE OF SUBPOENA TO 24[7].ai, Inc.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Ian R. Liston, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Edward G. Poplawski, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA  90071-2027 | VIA ELECTRONIC MAIL |
| James C. Yoon, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA  94304 | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| | Steven J. Balick (#2114) |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | sbalick@ashbygeddes.com |
| | amayo@ashbygeddes.com |
| | |
| | *Attorneys for Defendants* |

*Of Counsel:*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Sapna Mehta, CSB No. 288238
Email:  smehta@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

Dated:  June 15, 2021