# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC,<br><br>               Defendants. | C.A. No. 1:19-cv-1410-MN |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the following deadlines in the Scheduling Order are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's final infringement contentions | July 23, 2021 | August 27, 2021 |
| Plaintiff's final identification of accused products and Defendant's identification of invalidity references | July 23, 2021 | August 27, 2021 |
| Defendants' final invalidity contentions | August 24, 2021 | September 28, 2021 |
| Substantial completion of document production | August 27, 2021 | September 24, 2021 |

{01706497;v1 }

| WILSON SONSINI GOODRICH & ROSATI | ASHBY & GEDDES |
|---|---|
| */s/ Ian R. Liston* | */s/ Andrew C. Mayo* |
| Ian R. Liston (#5507)<br>222 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>iliston@wsgr.com | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| ***Of Counsel:*** | ***Of Counsel***: |
| Edward G. Poplawski, admitted *pro hac vice*<br>Erik J. Carlson, admitted *pro hac vice*<br>Ryan S. Benyamin, admitted *pro hac vice*<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>epoplawski@wsgr.com<br>ecarlson@wsgr.com<br>rbenyamin@wsgr.com<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>James C. Yoon, admitted *pro hac vice*<br>Ryan Smith, admitted *pro hac vice*<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>jyoon@wsgr.com<br>rsmith@wsgr.com<br>Telephone: (650) 493-9300 | J. David Hadden, CSB No. 176148<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, CSB No. 215636<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath, CSB No. 272981<br>rranganath@fenwick.com<br>Johnson Kuncheria, CSB No. 335765<br>jkuncheria@fenwick.com<br>Vigen Salmastlian, CSB No. 276846<br>Email: vsalmastlian@fenwick.com<br>Sapna Mehta, CSB No. 288238<br>Email:  smehta@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500 |
| *Attorneys for Plaintiff VB Assets, LLC* | *Attorneys for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC* |

IT IS SO ORDERED this _____ day of _____ 2021.

_____
United States District Judge