# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC,<br><br>　　　　　　Defendants. | C.A. No. 1:19-cv-01410-MN |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that to allow the parties time to develop additional discovery, the deadlines in the Court's November 17, 2021 Order (D.I 103) shall be amended as set forth in the below table. No other dates are to be changed at this stage absent the Court's instruction or order to the contrary.

| CURRENT DEADLINE | PROPOSED DEADLINE | EVENT |
|---|---|---|
| 1/31/2022 | 3/11/2022 | Complete ESI Production |
| 4/22/2022 | 5/20/2022 | Fact discovery closes |
| 6/3/2022 | 7/8/2022 | Opening expert reports |
| 7/8/2022 | 8/12/2022 | Rebuttal expert reports |
| 8/12/2022 | 9/16/2022 | Reply expert reports |
| 9/2/2022 | 10/7/2022 | Expert discovery closes |
| 9/30/2022 | 11/4/2022 | Case-dispositive motions |
| 10/28/2022 | 12/3/2022 | Response to dispositive motions |
| 11/18/2022 | 12/23/2022 | Reply to dispositive motions |
| TBD | TBD | File (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, (iv) special verdict forms |
| TBD | TBD | Pretrial conference |
| TBD | TBD | Jury Trial (7 days) |

| WILSON SONSINI GOODRICH & ROSATI | ASHBY & GEDDES |
|---|---|
| */s/ Ian R. Liston* | */s/ Andrew C. Mayo* |
| Ian R. Liston (#5507) | Steven J. Balick (#2114) |
| Jennifer A. Ward (#6476) | Andrew C. Mayo (#5207) |
| 222 Delaware Avenue, Suite 800 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| iliston@wsgr.com | Wilmington, DE 19899 |
| jward@wsgr.com | sbalick@ashbygeddes.com |
| Telephone: (302) 304-7600 | amayo@ashbygeddes.com |
| | Telephone: (302) 654-1888 |

*Of Counsel:*

Edward G. Poplawski, admitted *pro hac vice*
Erik J. Carlson, admitted *pro hac vice*
Ryan S. Benyamin, admitted *pro hac vice*
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
epoplawski@wsgr.com
ecarlson@wsgr.com
rbenyamin@wsgr.com
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

James C. Yoon, admitted *pro hac vice*
Ryan Smith, admitted *pro hac vice*
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for VB Assets, LLC*

*Of Counsel*:

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Johnson Kuncheria, CSB No. 335765
jkuncheria@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
Sapna Mehta, CSB No. 288238
Email:  smehta@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.520

*Attorneys for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC*

SO ORDERED this _____ day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE