# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC,<br><br>        Defendants. | C.A. No. 1:19-cv-01410-MN |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that to allow the parties time to develop additional discovery, the deadlines in the Court's November 17, 2021 Order (D.I 103) shall be amended as set forth in the below table. No other dates are to be changed at this stage absent the Court's instruction or order to the contrary.

| CURRENT DEADLINE | PROPOSED DEADLINE | EVENT |
|---|---|---|
| 1/31/2022 | 3/11/2022 | Complete ESI Production |
| 4/22/2022 | 5/20/2022 | Fact discovery closes |
| 6/3/2022 | 7/8/2022 | Opening expert reports |
| 7/8/2022 | 8/12/2022 | Rebuttal expert reports |
| 8/12/2022 | 9/16/2022 | Reply expert reports |
| 9/2/2022 | 10/7/2022 | Expert discovery closes |
| 9/30/2022 | 11/4/2022 | Case-dispositive motions |
| 10/28/2022 | 12/3/2022 | Response to dispositive motions |
| 11/18/2022 | 12/23/2022 | Reply to dispositive motions |
| TBD | TBD | File (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, (iv) special verdict forms |
| TBD | TBD | Pretrial conference |
| TBD | TBD | Jury Trial (7 days) |

| WILSON SONSINI GOODRICH & ROSATI | ASHBY & GEDDES |
|---|---|
| /s/ Ian R. Liston | /s/ Andrew C. Mayo |
| Ian R. Liston (#5507)<br>Jennifer A. Ward (#6476)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>iliston@wsgr.com<br>jward@wsgr.com<br>Telephone: (302) 304-7600 | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br>Telephone: (302) 654-1888 |
| *Of Counsel:* | *Of Counsel*: |
| Edward G. Poplawski, admitted *pro hac vice*<br>Erik J. Carlson, admitted *pro hac vice*<br>Ryan S. Benyamin, admitted *pro hac vice*<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>epoplawski@wsgr.com<br>ecarlson@wsgr.com<br>rbenyamin@wsgr.com<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 | J. David Hadden, CSB No. 176148<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, CSB No. 215636<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath, CSB No. 272981<br>rranganath@fenwick.com<br>Johnson Kuncheria, CSB No. 335765<br>jkuncheria@fenwick.com<br>Vigen Salmastlian, CSB No. 276846<br>Email: vsalmastlian@fenwick.com<br>Sapna Mehta, CSB No. 288238<br>Email: smehta@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.520 |
| James C. Yoon, admitted *pro hac vice*<br>Ryan Smith, admitted *pro hac vice*<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>jyoon@wsgr.com<br>rsmith@wsgr.com<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 | |
| *Attorneys for VB Assets, LLC* | *Attorneys for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC* |

**SO ORDERED this 9th day of March 2022.**

_____
**The Honorable Maryellen Noreika**
**United States District Judge**