IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB Assets, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Amazon.com, Inc.; Amazon.com LLC; Amazon Web Services, Inc.; A2Z Development Center, Inc. d/b/a Lab126; Rawles LLC; AMZN Mobile LLC; AMZN Mobile 2 LLC; Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc.; and Amazon Digital Services LLC,<br><br>　　　　　　Defendants. | Case No.  1:19-cv-01410-MN |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2022, **NOTICE OF SUBPOENA TO NUANCE COMMUNICATIONS, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Ian R. Liston, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Edward G. Poplawski, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA  90071-2027 | VIA ELECTRONIC MAIL |

James C. Yoon, Esquire                                              VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304

                ASHBY & GEDDES

                */s/ Andrew C. Mayo*

                _____
                Steven J. Balick (#2114)
                Andrew C. Mayo (#5207)
                500 Delaware Avenue, 8th Floor
                P.O. Box 1150
                Wilmington, DE 19899
                (302) 654-1888
                sbalick@ashbygeddes.com
                amayo@ashbygeddes.com

*Of Counsel:*                                                                       *Attorneys for Defendants*

J. David Hadden, CSB No. 176148
Email: dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
Email: vsalmastlian@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.520

Dated: March 21, 2022