IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C. A. No. 19-1410-MN |
| AMAZON.COM, INC.; AMAZON.COM LLC; ) | |
| AMAZON WEB SERVICES, INC.; ) | |
| A2Z DEVELOPMENT CENTER, INC. ) | |
| d/b/a LAB126; RAWLES LLC; AMZN ) | |
| MOBILE LLC; AMZN MOBILE 2 LLC; ) | |
| AMAZON.COM SERVICES, INC. f/k/a AMAZON ) | |
| FULFILLMENT SERVICES, INC.; and AMAZON ) | |
| DIGITAL SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Rebecca A.E. Fewkes to represent the defendants in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fee for the above-listed attorney will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants*

Date: April 26, 2022

{01794280;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C. A. No. 19-1410-MN |
| AMAZON.COM, INC.; AMAZON.COM LLC; | ) |
| AMAZON WEB SERVICES, INC.; | ) |
| A2Z DEVELOPMENT CENTER, INC. | ) |
| d/b/a LAB126; RAWLES LLC; AMZN | ) |
| MOBILE LLC; AMZN MOBILE 2 LLC; | ) |
| AMAZON.COM SERVICES, INC. f/k/a AMAZON | ) |
| FULFILLMENT SERVICES, INC.; and AMAZON | ) |
| DIGITAL SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This ___ day of _____, 2022, the Court having considered the motion for the admission *pro hac vice* of Rebecca A.E. Fewkes to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{01794280;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Rebecca A.E. Fewkes
_____
Rebecca A.E. Fewkes
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
(650) 988-8500

Dated:  April 26, 2022

{01794280;v1 }