# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC,<br><br>    Defendants. | C.A. No. 1:19-cv-01410-MN |

## JOINT STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that to allow the parties time to complete discovery, the deadlines in the Court's March 9, 2022 Order (D.I 119) shall be amended as set forth in the below table.  No other dates are to be changed at this stage absent the Court's instruction or Order to the contrary.

| Existing Deadline | Proposed Deadline | Event / Deadline |
|---|---|---|
| 5/20/2022 | 6/24/2022 | Fact discovery closes |
| 7/8/2022 | 8/19/2022 | Opening expert report |
| 8/12/2022 | 9/30/2022 | Rebuttal expert report |
| 9/16/2022 | 11/4/2022 | Reply expert report |
| 10/7/2022 | 11/22/2022 | Expert discovery closes |
| 11/4/2022 | 12/23/2022 | Case-dispositive motions |
| 12/2/2022 | 2/3/2023 | Response to dispositive motions |
| 12/23/2022 | 2/24/2023 | Reply to dispositive motions |

| ASHBY & GEDDES | WILSON SONSINI GOODRICH & ROSATI |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Ian R. Liston* |
| Steven J. Balick (Delaware Bar I.D. #2114)<br>Andrew C. Mayo (Delaware Bar I.D. #5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br>Telephone: (302) 654-1888 | Ian R. Liston (Delaware Bar I.D. #5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>iliston@wsgr.com<br>Telephone: (302) 304-7600 |
| *Of Counsel*: | *Of Counsel:* |
| J. David Hadden, CSB No. 176148<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, CSB No. 215636<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath, CSB No. 272981<br>rranganath@fenwick.com<br>Johnson Kuncheria, CSB No. 335765<br>jkuncheria@fenwick.com<br>Vigen Salmastlian, CSB No. 276846<br>Email: vsalmastlian@fenwick.com<br>Sapna Mehta, CSB No. 288238<br>Email: smehta@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.520 | Edward G. Poplawski, admitted *pro hac vice*<br>Erik J. Carlson, admitted *pro hac vice*<br>Ryan S. Benyamin, admitted *pro hac vice*<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>epoplawski@wsgr.com<br>ecarlson@wsgr.com<br>rbenyamin@wsgr.com<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>James C. Yoon, admitted *pro hac vice*<br>Ryan Smith, admitted *pro hac vice*<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>jyoon@wsgr.com<br>rsmith@wsgr.com<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| *Attorneys for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC* | *Attorneys for VB Assets, LLC* |

SO ORDERED this _____ day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE