## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VB Assets, LLC, | |
| Plaintiff, | C.A. No. 19-1410 (MN) |
| v. | JURY TRIAL DEMANDED |
| Amazon.com, Inc.et al., | |
| Defendants. | |

### NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the subpoenas attached hereto as Exhibits 1-3 will be served upon Allan Timothy Lindsay, Gregory Michael Hart, and Ian W. Freed, respectively.

Copies of Exhibits 1-3 were served on counsel of record via electronic mail on May 6, 2022.

OF COUNSEL:

Edward G. Poplawski
Erik J. Carlson
Ryan S. Benyamin
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900

James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Dated:  May 9, 2022

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:  */s/ Ian R. Liston*
Ian R. Liston (#5507)
Jennifer A. Ward (#6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
iliston@wsgr.com
jward@wsgr.com
Telephone: (302) 304-7600

*Attorneys for Plaintiff VB Assets, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I cause the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Ian R. Liston*
Ian R. Liston (#5507)