**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VB ASSETS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-01410-MN |
| AMAZON.COM, INC., AMAZON.COM LLC, AMAZON WEB SERVICES, INC., A2Z DEVELOPMENT CENTER, INC. d/b/a LAB126, RAWLES LLC, AMZN MOBILE LLC, AMZN MOBILE 2 LLC, AMAZON.COM SERVICES, INC. f/k/a AMAZON FULFILLMENT SERVICES, INC., and AMAZON DIGITAL SERVICES LLC, | |
| Defendants. | |

### JOINT STATUS REPORT

Pursuant to the Court's July 7, 2023 Minute Entry, Plaintiff VB Assets, LLC ("VB Assets") and Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles, LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon Digital Services LLC (collectively, "Amazon") respectfully submit this joint status report regarding the case schedule.

Counsel for Amazon has a conflict with the Court's proposed October 2, 2023 pretrial conference date. Counsel for Amazon will be attending a pretrial conference on the same day in the Western District of Texas in *AlmondNet, Inc. et al v. Amazon.com, Inc. et al*, 6:21-cv-00898-ADA.[1] The *AlmondNet* pretrial conference was scheduled on February 28, 2023. The *AlmondNet*

---

[1] Attached as Ex. A is the Amended Scheduling Order (D.I. 117) in *AlmondNet, Inc. et al v.*

trial is scheduled to start on October 23, 2023.[2, 3]  The parties jointly propose moving the pretrial conference in this case to October 5, 2023.

The parties jointly propose starting jury selection and the five-day trial on Wednesday, November 1, 2023, although, as set forth below, each side has an expert that is unavailable to testify or to attend trial on November 1, 2, or 3, 2023, due to previously scheduled trials.  Amazon's damages expert Dr. Keith Ugone is in trial in the Eastern District of Texas from October 30 through November 3.[4]  Accordingly, he will not be able to be present in the courtroom on November 1, 2, and 3 during trial and hear testimony firsthand from VB Assets' damages expert in this case if trial proceeds on November 1, 2023.  The parties do not believe that this unavailability affects the trial schedule.  However, Nathaniel Polish, VB Assets' infringement and validity expert, is in trial in the Eastern District of Texas through November 2, 2023, and, because of travel times, would therefore be unable to be present in the courtroom to testify on November 1, 2, or 3.  Accordingly, Mr. Polish would be prepared to testify only first thing in the morning on November 6.  Because Mr. Polish's is VB Assets' infringement expert, VB Assets cannot rest its case until Mr. Polish concludes his infringement testimony; as the result, Amazon will not be able to start its case before November 6.  The parties are open to working with each other to address the logistical issues posed by this situation in a manner acceptable to the Court, and they jointly request the Court's guidance.

---

*Amazon.com, Inc. et al*, 6:21-cv-00898-ADA (W.D. Tex.).

[2] *Id.*

[3] Amazon's technical expert for both invalidity and non-infringement, Dr. Michael Johnson, is an Associate Dean at the University at Kentucky and has an unmovable conflict with the Court's proposed alternative trial start date of October 16, 2023.  As an Associate Dean, Dr. Johnson is one of the lead presenters at the University of Kentucky Dean's Advisory Council on Friday, October 20, 2023 and must prepare for and otherwise coordinate the events leading up to the event, rendering him unavailable for a trial starting on October 16.

[4] Attached as Ex. B is the Third Amended Docket Control Order (D.I. 380) in *Staton Techiya, LLC et al v. Samsung Electronics Co., Ltd. et al*, 2:21-cv-00413-JRG-RSP (E.D. Tex.).

The parties have agreed that they will not use either Dr. Ugone's or Mr. Polish's absence from the courtroom in any way during trial, in front of the jury or otherwise, or in any pre- or post-trial proceedings.

With an understanding that the trial will commence on November 1, subject to the Court's guidance, the parties propose the following case schedule up to and including trial:

| Deadline | Event |
|---|---|
| 7/28/2023 | VB Assets identifies up to 10 asserted claims for trial. |
| 8/11/2023 | Amazon identifies invalidity theories and prior art for trial. |
| 9/5/2023 | VB Assets serves draft Pretrial Order and copies of trial exhibits |
| 9/21/2023 | Amazon serves draft Pretrial Order and copies of trial exhibits |
| 9/28/2023 | Parties file (i) proposed *voir dire*; (ii) preliminary jury instructions; (iii) final jury instructions; and (iv) special verdict forms. |
| 9/28/2023 | Parties file Joint Proposed Pretrial Order (including up to 3 motions *in limine* per side). |
| 10/5/2023 | Pretrial Conference |
| 11/1/2023 – 11/8/2023 | 5-day jury trial, beginning at 9:30 a.m. on 11/1/2023, with subsequent trial days beginning at 9:00 a.m. |

Dated: July 14, 2023

/s/  *Ian R. Liston*
_____
Ian R. Liston (#5507)
WILSON SONSINI GOODRICH &
ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
iliston@wsgr.com
Telephone: (302) 304-7600


James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
Telephone: (650) 493-9300

Jamie Y. Otto
Ryan S. Benyamin
WILSON SONSINI GOODRICH &
ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
ecarlson@wsgr.com
jotto@wsgr.com
rbenyamin@wsgr.com
Telephone: (323) 210-2900

*Counsel for Plaintiff VB Assets, LLC*

Respectfully submitted,

/s/   *Andrew C. Mayo*
_____
Steven J. Balick (#2114)
sbalick@ashbygeddes.com
Andrew C. Mayo (#5207)
amayo@ashbygeddes.com
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Of counsel:*

J. David Hadden, CSB No. 176148
dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
sshamilov@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
vsalmastlian@fenwick.com
Allen Wang, CBS No. 278953
awang@fenwick.com
Johnson Kuncheria, CSB No. 335765
jkuncheria@fenwick.com
Min Wu, CSB No. 307512
min.wu@fenwick.com
Jeffrey A. Ware, CSB No. 271603
jware@fenwick.com
Rebecca A.E. Fewkes, CSB No. 209168
rfewkes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500

*Counsel for Defendants*
*Amazon.com, Inc., Amazon.com LLC, Amazon*
*Web Services, Inc., A2Z Development Center,*
*Inc. d/b/a Lab126, Rawles, LLC, AMZN*
*Mobile LLC, AMZN Mobile 2 LLC,*
*Amazon.com Services, Inc. f/k/a Amazon*
*Fulfillment Services, Inc., and Amazon.com*
*Services LLC*