IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 19-1410-MN |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff VB Assets, LLC and Defendant Amazon.com Services LLC jointly move (the "Motion") for an Order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A trial is scheduled in this case for November 2 through November 8, 2023. A pre-trial conference is scheduled for October 30, 2023 at 3:30pm. At the pre-trial conference, the parties anticipate scheduling a time to conduct their courtroom setup for the trial.

3.     The following persons will attend the pre-trial conference and/or trial and need access to their electronic devices, but do not have a state issued bar card or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

**Paralegals**

Apriljoy Sanchez
Jeremy Ra
Chris Howland
Bruce Chiang
Robyn Finnimore-Pierce
Arlene Apodaca
Albert Garcia
Kathie Ramos

**Clients and Consultants**

Scott Sanford (Amazon)
Jason Bloom (Bloom Strategic Consulting)
Brian Patterson (IMS Consulting)
Bill Smith (Advanced Courtroom Technologies)
Matthew Hegerle (Advanced Courtroom Technologies)
Tara Trask (Trask Consulting)

**Witnesses**

Nikko Ström
Keith Ugone (Defendant's expert)
Michael T. Johnson (Defendant's expert)
Brett Reed (Plaintiff's expert)
Nathaniel Polish (Plaintiff's expert)
John Peck (Plaintiff's expert)
Michael Kennewick
Richard Kennewick
Thomas Freeman

WHEREFORE, the parties respectfully request that the Court exempt the listed individuals from the May 15, 2023 Standing Order.

Dated:  October 27, 2023

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS, LLP | ASHBY & GEDDES |
| /s/ Jason Z. Miller | /s/ Steven J. Balick |
| Neal C. Belgam (No. 2721) | Steven J. Balick (No. 2114) |
| Jason Z. Miller (No. 6310) | Andrew C. Mayo (No. 5207) |
| 1000 West Street, Suite 1501 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 652-8400 | Wilmington, DE 19899 |
| nbelgam@skjlaw.com | (302) 654-1888 |
| jzm@skjlaw.com | sbalick@ashbygeddes.com |
| | amayo@ashbygeddes.com |

*Of counsel:*

Ryan R. Smith
James C. Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
rsmith@wsgr.com
jyoon@wsgr.com

Ryan S. Benyamin
Jamie Y. Otto
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street; Suite 1550
Los Angeles, CA 90071
rbenyamin@wsgr.com
jotto@wsgr.com

*Counsel for Plaintiff VB Assets, LLC*

*Of counsel:*

J. David Hadden, CSB No. 176148
Saina S. Shamilov, CSB No. 215636
Ravi R. Ranganath, CSB No. 272981
Vigen Salmastlian, CSB No. 276846
Allen Wang, CBS No. 278953
Johnson Kuncheria, CSB No. 335765
Min Wu, CSB No. 307512
Jeffrey A. Ware, CSB No. 271603
Rebecca A.E. Fewkes, CSB No. 209168
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
vsalmastlian@fenwick.com
awang@fenwick.com
min.wu@fenwick.com
jkuncheria@fenwick.com
jware@fenwick.com
rfewkes@fenwick.com

*Counsel for Defendants Amazon.com, Inc., Amazon.com LLC, Amazon Web Services, Inc., A2Z Development Center, Inc. d/b/a Lab126, Rawles, LLC, AMZN Mobile LLC, AMZN Mobile 2 LLC, Amazon.com Services, Inc. f/k/a Amazon Fulfillment Services, Inc., and Amazon.com Services LLC*