## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | C.A. No. 19-1410-MN |

### [PROPOSED] ORDER REGARDING JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

The Court having considered the parties' Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of _____, 2023 that:

1. The Motion is GRANTED.

2. For purposes of the October 30, 2023 Pretrial Conference, November 2, 2023 Jury Trial, and related courtroom setup in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

**Paralegals**
Apriljoy Sanchez
Jeremy Ra
Chris Howland
Bruce Chiang
Robyn Finnimore-Pierce
Arlene Apodaca
Albert Garcia

**Clients and Consultants**
Scott Sanford (Amazon)
Jason Bloom (Bloom Strategic Consulting)

Brian Patterson (IMS Consulting)
Bill Smith (Advanced Courtroom Technologies)
Matthew Hegerle (Advanced Courtroom Technologies)
Tara Trask (Trask Consulting)

**Witnesses**
Nikko Ström
Keith Ugone (Defendant's expert)
Michael T. Johnson (Defendant's expert)
Brett Reed (Plaintiff's expert)
Nathaniel Polish (Plaintiff's expert)
John Peck (Plaintiff's expert)
Michael Kennewick
Richard Kennewick
Thomas Freeman

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge