

November 5, 2023

VIA CM/ECF

The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

        In Re:      *VB Assets, LLC v. Amazon.com, Inc., et al.*
                      C.A. No. 19-1410-MN
                      **Joint Letter to the Court**

Dear Judge Noreika,

      The parties jointly write further to Your Honor's instructions at the Pretrial Conference that the Court will hear argument on any remaining § 101 issues after the trial day on Monday, November 6, 2023. (See Pretrial Conference Hr'g Tr., D.I. 269, at 31:12-32:22.)

      We are pleased to update the Court that, subject to Your Honor's approval, the parties have agreed to streamline and limit the scope of the § 101 issues and proceed as follows:

- **'681 Patent**. The Court ruled in its motion to dismiss the order that the '681 patent claim presented was not directed to an abstract idea, satisfying Alice Step 1. (D.I. 57 at 11.) The parties agree that they do not have distinct arguments for or against eligibility at Step 1 based on any differences between that claim and currently asserted claim 13. Thus, the Court's earlier guidance should apply, and there are no § 101 issues for the jury to decide on the '681 Patent.

- **'703 and '097 Patents**. The Court ruled that the claims presented were directed to the abstract ideas of "claims the abstract idea of responding to a spoken request by completing a purchase…[i.e.,] a spoken request to buy something" ('703 Patent), and "processing natural language responses to promotional content based on pronouns," ('097 Patent). ( D.I. at 12-13, 15; see also MSJ Hr'g Tr. at 13:7-14:8.) The parties agree that they do not have distinct arguments for or against eligibility at Step 1 based on any differences between those claims and the ones asserted for trial. Thus, the Court's guidance should apply, and the trial will address these patents with respect to Alice Step 2.

- **'176 Patent**. The Court ruled that the claim presented was directed to a technological improvement to voice recognition—"mapping phonemes to syllables and providing preliminary interpretations based on that mapping to a conversational language processor for interpretation"—and thus is not directed to an abstract idea. (D.I. 57 at 14.) Claim 40 asserted for trial does not claim phoneme mapping. Plaintiff asserts Claim 40 is not directed to an abstract idea under Alice Step 1. Defendant asserts the claim is directed to

the abstract idea of "responding to a spoken request with an advertisement." The parties will present their further § 101 arguments to the Court on Monday evening.

The parties will update the jury instructions and verdict form after the Court's decision on § 101 for the '176 Patent.

Respectfully submitted,

*/s/ Neal C. Belgam*
Neal C. Belgam (No. 2721)
Jason Z. Miller (No. 6310)
SMITH, KATZENSTEIN & JENKINS, LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
jzm@skjlaw.com

*Counsel for Plaintiff VB Assets, LLC*