IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1410 (MN) |
| | ) |
| AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT FOLLOWING JURY VERDICT

This 8th day of November 2023, the Court having held a jury trial and the jury having rendered a unanimous verdict on November 8, 2023 (*see* D.I. 290 & 291), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff VB Assets, LLC ("Plaintiff") and against Defendant Amazon.com Services LLC ("Defendant") that Defendant infringes claim 13 of U.S. Patent No. 8,073,681 ("the '681 Patent"), claim 25 of U.S. Patent No. 9,626,703 ("the '703 Patent"), claim 40 of U.S. Patent No. 7,818,176 ("the '176 Patent") and claim 23 of U.S. Patent No. 9,269,097 ("the '097 Patent") and that such infringement of each claim was willful;

2. Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 25 of the '703 Patent, claim 40 of the '176 Patent and claim 23 of the '097 Patent are not invalid for lack of adequate written description;

3. Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 25 of the '703 Patent, claim 40 of the '176 Patent and claim 23 of the '097 Patent are not invalid as obvious;

4.     Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 25 of the '703 Patent, claim 40 of the '176 Patent and claim 23 of the '097 Patent are not patent ineligible under 35 U.S.C. § 101; and

5.     Judgment is entered in favor of Plaintiff and against Defendant in the amount of $46,700,000 in the form of a running royalty.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge