# EXHIBIT 1

**REDACTED PUBLIC VERSION**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VB ASSETS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | C.A. No. 19-1410-MN |

**<u>DECLARATION OF BRETT L. REED</u>**

I, Brett L. Reed, declare as follows:

1.      I am a co-founder and Director at Competition Economics, LLC, which is an economic consulting firm providing research and analysis in business, regulatory and litigation matters.  I am an economist specializing in the areas of intellectual property and damages analysis and have extensive experience working on such issues with firms and individuals within a wide variety of industries. As part of my work involving post trial activities in U.S. District Court (associated with 34 trial testimonies in intellectual property matters, the vast majority involving patent infringement damages), I have often provided calculations on pre-judgment and post judgment interest.  In this matter, I have been retained as an economics and damages expert by counsel for VB Assets.  At trial, I provided testimony on patent infringement damages on November 6, 2023.

2.      I have been asked by counsel for VB Assets to perform a calculation of pre-judgment and post judgment interest in connection with the reasonable royalty damages of $46.7 million awarded by the Jury on November 8, 2023. I understand the Court entered judgment on that same day.

3.      I have performed calculations of pre-judgment interest associated with a methodology that I understand has previously been adopted by the Court, calculating interest at the Prime rate of interest, compounding quarterly.  I have calculated interest beginning January 1, 2016 (starting with the reasonable royalties that would have accrued in

2015, which would have been collected at the end of 2015). Pre-judgment interest is calculated through the date the judgment was entered on November 8, 2023.

4.      This pre-judgment interest calculation is summarized in Exhibit A.  The total pre-judgment interest through November 8, 2023 is $7,784,517. The quarterly interest rates in Exhibit A are calculated using the average Prime rates of interest for the quarter, as specified with daily detail by the Federal Reserve Bank.[1]  These quarterly average Prime rates are summarized in Exhibit D.  I understand that this particular method of calculating the quarterly Prime interest rate has been previously accepted by the Court.

5.      The annual royalty amounts in Exhibit A are based on the royalty base and the 40 cent and 22 cent royalty rates underlying my reasonable royalty testimony and the Jury's verdict of $46.7 million in total running royalties through 2023.[2]  As can be seen in column (5) of Exhibit B, the total of these annual royalty amounts based on the 40 cent and 22 cent royalty rates and the royalty base have been adjusted downwards (essentially rounding down) to precisely match the jury verdict of $46.7 million.  Exhibit A then calculates the quarterly interest considering the end of year royalty payments and the applicable quarterly Prime rates of interest, with interest compounded quarterly. Note that while the total royalty

---

[1] https://fred.stlouisfed.org/series/DPRIME.
[2] The royalty base reflects the annual growth in monthly active users of the accused Alexa services. *See* Exhibit C.

amount of $46.7 million includes a royalty amount for calendar year 2023, this 2023 portion has no bearing on the pre-judgment interest calculation. Pre-judgement interest is based only on the reasonable royalty amounts through the end of 2022. Once again, total pre-judgment interest through November 8, 2023 is $7,784,517.

6.      Post judgment interest is calculated as the daily interest starting November 9, 2023 associated with the amount of the judgment ($46.7 million), using the U.S. Treasury Securities 1-Year Constant Maturity interest rate with conversion to a daily rate. Specifically, this approach uses the average 1-year rate for the calendar week prior to judgment, where interest would be computed daily to the date of payment and would be compounded annually. I understand that this is consistent with 28 U.S.C.A. § 1961, and the use of the prior calendar week average rate has been acknowledged to be consistent by the Court.  The average rate for the 5 days ending November 3, 2023 was 5.38%.[3] Applied to the $46.7 million jury verdict, post judgment interest is $6,865 per day.[4]

7.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on the 5th day of December, 2023, at Pasadena, California.

Dated: December 5, 2023

Brett L. Reed

---

[3] *See* Exhibit D, based on https://fred.stlouisfed.org/series/DGS1.
[4] This is based on 366 days for a one year term including leap day 2/29/2024. Post judgment interest is also summarized in Exhibit A.

# VB Assets v. Amazon
# Reasonable Royalty and Interest Calculations
# 2015 to November 8, 2023

| Year/ Quarter | Total Royalties and Pre-Judgment Interest | | | | |
|---|---|---|---|---|---|
| | Reasonable Royalty | Balance for Interest | Average Prime Rate | Interest | Cumulative Total |
| | (a) | (b) | (c) | (d)=(b)*(c)/4 | (e)=(a)+(b) |
| **2015** | | | | | |
| Qtr1 | $0 | $0 | | $0 | $0 |
| Qtr2 | $0 | $0 | | $0 | $0 |
| Qtr3 | $0 | $0 | | $0 | $0 |
| Qtr4 | $359,812 | $0 | | $0 | $359,812 |
| **2016** | | | | | |
| Qtr1 | $0 | $359,812 | 3.50% | $3,148 | $362,960 |
| Qtr2 | $0 | $362,960 | 3.50% | $3,176 | $366,136 |
| Qtr3 | $0 | $366,136 | 3.50% | $3,204 | $369,340 |
| Qtr4 | $3,258,298 | $369,340 | 3.55% | $3,278 | $3,630,915 |
| **2017** | | | | | |
| Qtr1 | $0 | $3,630,915 | 3.80% | $34,494 | $3,665,409 |
| Qtr2 | $0 | $3,665,409 | 4.05% | $37,112 | $3,702,521 |
| Qtr3 | $0 | $3,702,521 | 4.25% | $39,339 | $3,741,861 |
| Qtr4 | $6,088,019 | $3,741,861 | 4.29% | $40,131 | $9,870,011 |
| **2018** | | | | | |
| Qtr1 | $0 | $9,870,011 | 4.53% | $111,778 | $9,981,789 |
| Qtr2 | $0 | $9,981,789 | 4.80% | $119,781 | $10,101,571 |
| Qtr3 | $0 | $10,101,571 | 5.01% | $126,522 | $10,228,093 |
| Qtr4 | $4,537,229 | $10,228,093 | 5.28% | $135,011 | $14,900,333 |
| **2019** | | | | | |
| Qtr1 | $0 | $14,900,333 | 5.50% | $204,880 | $15,105,213 |
| Qtr2 | $0 | $15,105,213 | 5.50% | $207,697 | $15,312,909 |
| Qtr3 | $0 | $15,312,909 | 5.31% | $203,279 | $15,516,188 |
| Qtr4 | $3,651,492 | $15,516,188 | 4.83% | $187,358 | $19,355,038 |
| **2020** | | | | | |
| Qtr1 | $0 | $19,355,038 | 4.40% | $212,905 | $19,567,944 |
| Qtr2 | $0 | $19,567,944 | 3.25% | $158,990 | $19,726,933 |
| Qtr3 | $0 | $19,726,933 | 3.25% | $160,281 | $19,887,215 |
| Qtr4 | $5,541,305 | $19,887,215 | 3.25% | $161,584 | $25,590,103 |
| **2021** | | | | | |
| Qtr1 | $0 | $25,590,103 | 3.25% | $207,920 | $25,798,023 |
| Qtr2 | $0 | $25,798,023 | 3.25% | $209,609 | $26,007,631 |
| Qtr3 | $0 | $26,007,631 | 3.25% | $211,312 | $26,218,943 |
| Qtr4 | $6,836,428 | $26,218,943 | 3.25% | $213,029 | $33,268,400 |
| **2022** | | | | | |
| Qtr1 | $0 | $33,268,400 | 3.29% | $273,633 | $33,542,033 |
| Qtr2 | $0 | $33,542,033 | 3.93% | $329,550 | $33,871,584 |
| Qtr3 | $0 | $33,871,584 | 5.37% | $454,726 | $34,326,310 |
| Qtr4 | $9,032,481 | $34,326,310 | 6.82% | $585,264 | $43,944,054 |
| **2023** | | | | | |
| Qtr1 | $0 | $43,944,054 | 7.69% | $844,824 | $44,788,878 |
| Qtr2 | $0 | $44,788,878 | 8.16% | $913,693 | $45,702,571 |
| Qtr3 | $0 | $45,702,571 | 8.43% | $963,182 | $46,665,753 |
| Qtr4 to Nov 8  * | $0 | $46,665,753 | 8.50% | $423,827 | $47,089,580 |
| End of 2023 | $7,394,936 | | | | |
| **Total** | **$46,700,000** | | | **$7,784,517** | **$54,484,517**  as of 11/8/2023 |

Highly Confidential - Attorneys' Eyes Only

Exhibit A

# VB Assets v. Amazon
# Reasonable Royalty and Interest Calculations
# 2015 to November 8, 2023

| Post Judgment Interest |
| --- |

Daily Interest Amount as of November 9, 2023 with U.S. Treasury Securities 1-Year Constant
Maturity Rate of 5.38% (calendar week ending 11/3/2023): ^          **$6,865**

Note:  *  Calculated for 39 days at 8.50%.
       ^  Current Daily Interest Amount is $46.7 million judgment x 5.38% rate / 366 days
          (2024 is a leap year day).

Source: (a)  Reasonable Royalty for year, due at end of year (Exhibit B).
        (c)  Bank Prime Loan Rate (https://fred.stlouisfed.org/series/DPRIME). See Exhibit D.
        Quarterly - Based on average of daily rates reported by Federal Reserve Bank of St. Louis.
        1 Year Constant Maturity Rate (https://fred.stlouisfed.org/series/DGS1).

Highly Confidential - Attorneys' Eyes Only          Page 2 of 2                                Exhibit A

**VB Assets v. Amazon**
**Calculation of Annual Royalties Matching Jury Verdict**
**Total Through 2023**

| Year | '681 Patent | Voice Ad Patents | Voice Commerce '703 Patent | Total | Adjusted to $46.7M Verdict |
|---|---|---|---|---|---|
| | U.S. Royalties | | | | |
| | | | | | (4) x .99947779 |
| | (1) | (2) | (3) | (4) | (5) |



Source: Exhibit C

Highly Confidential - Attorneys' Eyes Only

Exhibit B

**Underlying Annual Royalty Calculation Consistent with Jury's $46.7 Million Verdict**
**Total Through 2023**

| Year | '681 Patent | | Voice Ad Patents | | '703 Patent | |
|---|---|---|---|---|---|---|
| | Annual Growth in U.S. Alexa Monthly Active Users | Royalty at $0.40 per Additional Active User | Annual Growth in U.S. Alexa Shopping Monthly Active Users | Royalty at $0.22 per Additional Active User | Annual Growth in U.S. Alexa Shopping Active Purchasers | Royalty at $0.22 per Additional Active User |
| | | (1) X $0.40 | | (3) X $0.22 | | (5) X $0.22 |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| 2015 | | | | | | |
| 2016 | | | | | | |
| 2017 | | | | | | |
| 2018 | | | | | | |
| 2019 | | | | | | |
| 2020 | | | | | | |
| 2021 | | | | | | |
| 2022 | | | | | | |
| 2023 | | | | | | |



Source: (1): Reed Report, 8/15/2022, Tab 10, column (4).
(3): Reed Report, 8/15/2022, Tab 11, column (5).
(5): Reed Report, 8/15/2022, Tab 12, column (5).
(2), (4) & (6): Per unit royalty rates presented to Jury underlying $46.7 million total royalty.

Highly Confidential - Attorneys' Eyes Only

Exhibit C

# Interest Rate Source Information

## Bank Prime Loan Rate
Quarterly Average Based on Daily Bank Prime Loan Rate (DPRIME)

| Quarterly Average | | Rate Change Summary | |
|---|---|---|---|
| 2016 Q1 | 3.50 | 2015-12-17 | 3.50 |
| 2016 Q2 | 3.50 | 2016-12-15 | 3.75 |
| 2016 Q3 | 3.50 | 2017-03-16 | 4.00 |
| 2016 Q4 | 3.55 | 2017-06-15 | 4.25 |
| 2017 Q1 | 3.80 | 2017-12-14 | 4.50 |
| 2017 Q2 | 4.05 | 2018-03-22 | 4.75 |
| 2017 Q3 | 4.25 | 2018-06-14 | 5.00 |
| 2017 Q4 | 4.29 | 2018-09-27 | 5.25 |
| 2018 Q1 | 4.53 | 2018-12-20 | 5.50 |
| 2018 Q2 | 4.80 | 2019-08-01 | 5.25 |
| 2018 Q3 | 5.01 | 2019-09-19 | 5.00 |
| 2018 Q4 | 5.28 | 2019-10-31 | 4.75 |
| 2019 Q1 | 5.50 | 2020-03-04 | 4.25 |
| 2019 Q2 | 5.50 | 2020-03-16 | 3.25 |
| 2019 Q3 | 5.31 | 2022-03-17 | 3.50 |
| 2019 Q4 | 4.83 | 2022-05-05 | 4.00 |
| 2020 Q1 | 4.40 | 2022-06-16 | 4.75 |
| 2020 Q2 | 3.25 | 2022-07-28 | 5.50 |
| 2020 Q3 | 3.25 | 2022-09-22 | 6.25 |
| 2020 Q4 | 3.25 | 2022-11-03 | 7.00 |
| 2021 Q1 | 3.25 | 2022-12-15 | 7.50 |
| 2021 Q2 | 3.25 | 2023-02-02 | 7.75 |
| 2021 Q3 | 3.25 | 2023-03-23 | 8.00 |
| 2021 Q4 | 3.25 | 2023-05-04 | 8.25 |
| 2022 Q1 | 3.29 | 2023-07-27 | 8.50 |
| 2022 Q2 | 3.93 | | |
| 2022 Q3 | 5.37 | | |
| 2022 Q4 | 6.82 | | |
| 2023 Q1 | 7.69 | | |
| 2023 Q2 | 8.16 | | |
| 2023 Q3 | 8.43 | | |
| 2023 Q4 | 8.50 | | |

## U.S. Treasury Securities 1-Year Constant Maturity
Weekly Average Based on Daily Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity (DGS1)

| | DGS1 | | |
|---|---|---|---|
| 2023-10-30 | 5.41 | | |
| 2023-10-31 | 5.44 | | |
| 2023-11-01 | 5.37 | 5.38 | Weekly average |
| 2023-11-02 | 5.38 | | Prior calendar week ending 11/3/2023 |
| 2023-11-03 | 5.29 | | |
| 2023-11-06 | 5.33 | | |
| 2023-11-07 | 5.33 | | |
| 2023-11-08 | 5.34 | | Entry of Judgment |
| 2023-11-09 | 5.39 | | |
| 2023-11-10 | 5.38 | | |

Source: https://fred.stlouisfed.org

Exhibit D