IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1410 (MN) |
| | ) |
| AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington, this 16th day of May 2025;

WHEREAS, from November 2 to 8, 2023, the Court presided over a five-day jury trial in this action between Plaintiff VB Assets, LLC ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant") (*see* D.I. 303-07);

WHEREAS, on November 8, 2023, the jury rendered a unanimous verdict, and the Court entered a Judgment Following Jury Verdict (D.I. 291, 293);

WHEREAS, on September 30, 2024, the Court issued a Memorandum Opinion and entered an Order on the parties' motions for judgment as a matter of law (D.I. 325, 326);

WHEREAS, on December 12, 2024, the Court issued a Memorandum Opinion and entered an Order on Plaintiff's motion for an ongoing royalty, including ordering the parties to submit a proposed form of Final judgment (D.I. 341, 342); and

WHEREAS, on January 10, 2025, the parties submitted competing proposed Final Judgments, along with letter briefing (D.I. 346; *id.* Exs. A-B).

THEREFORE, IT IS HEREBY ORDERED that:

1.   Plaintiff's request for "increased" royalties (D.I. 346 at 4-5; *id.* Ex. B ¶¶ 6, 8) is DENIED. The request is properly viewed as a motion for supplemental damages, which was not

briefed as part of any of the previous post-trial motions. Nor was Plaintiff's pre-verdict calculus advanced in its motion for ongoing royalties. (*See* D.I. 301 at 2-3; D.I. 327 at 2-3 (discussing only "post-verdict" factors)). It is, therefore, improper and untimely.

2. Plaintiff's request for reporting, auditing, and compliance measures (D.I. 346 at 5-6; *id.* Ex. B ¶¶ 9-12) is DENIED. This request was also not previously briefed, and, although deemed a "commonsense" measure by Plaintiff, is not supported by any legal authority. (*Id.*).

3. Plaintiff's request for dismissal without prejudice of the parties' claims and counterclaims not presented at trial (D.I. 346 at 6; *id.* Ex. B ¶ 14) is DENIED. All such claims and counterclaims shall be dismissed with prejudice, substantially for the reasons the Court provided in *TrackTime, LLC v. Amazon.com Servs. LLC*, No. 18-1518 (MN), 2024 WL 4300101, at *12-13 & n.10 (D. Del. Sept. 26, 2024).

4. Final Judgment will be entered in accordance with the foregoing.

                                                                  _____
                                                                  The Honorable Maryellen Noreika
                                                                  United States District Judge