IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VB ASSETS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1410 (MN) |
| | ) |
| AMAZON.COM SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

This Final Judgment amends the Judgment entered on November 8, 2023 (D.I. 293).

This 16th day of May 2025, the Court having held a jury trial (*see* D.I. 303-307), the jury having rendered a unanimous verdict on November 8, 2023 (*see* D.I. 291) and the Court having issued its Memorandum Opinions and Orders resolving the parties' post-trial motions on September 30 and December 12, 2024 (D.I. 325, 326, 341, 342), pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff VB Assets, LLC ("Plaintiff") and against Defendant Amazon.com Services LLC ("Defendant") that Defendant infringed claim 13 of U.S. Patent No. 8,073,681 ("the '681 Patent"), claim 40 of U.S. Patent No. 7,818,176 ("the '176 Patent"), and claim 23 of U.S. Patent No. 9,269,097 ("the '097 Patent") and that such infringement of each claim was willful.

2. Judgment is entered in favor of Defendant and against Plaintiff with regard to infringement of claim 25 of U.S. Patent No. 9,626,703 ("the '703 Patent").

3. Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 40 of the '176 Patent, claim 23 of the '097 Patent, and claim 25 of the '703 Patent are not invalid for lack of adequate written description.

4. Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 40 of the '176 Patent, claim 23 of the '097 Patent, and claim 25 of the '703 Patent are not invalid as obvious.

5. Judgment is entered in favor of Plaintiff and against Defendant that claim 13 of the '681 Patent, claim 40 of the '176 Patent, claim 23 of the '097 Patent, and claim 25 of the '703 Patent are not patent ineligible under 35 U.S.C. § 101.

6. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $40,007,600 in the form of a running royalty. (D.I. 325 at 28).

7. Judgment is entered in favor of Plaintiff and against Defendant in the form of an ongoing royalty of (1) $0.45 for the '681 Patent per net new U.S. Alexa user after November 8, 2023, and (2) $0.25 for the '176 and '097 Patents per net new U.S. Alexa shopping user after November 8, 2023. (D.I. 342).

8. Judgment is entered in favor of Plaintiff and against Defendant for pre-judgment interest in the amount of $7,137,894. (D.I. 325 at 39; D.I. 328 ¶ 1).

8. Judgment is entered in favor of Plaintiff and against Defendant for post-judgment interest at the rate of 5.38%, accruing on November 8, 2023, on the jury's award of $40,007,600. (*See* D.I. 325 at 39-40).

9. Judgement is entered in favor of Plaintiff and against Defendant for post-judgment interest at the rate of 5.38%, accruing on September 30, 2024, on the Court's award of $7,137,894 in pre-judgment interest. (*See* D.I. 325 at 40).

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to fourteen (14) days after the time

for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk

3