**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VB ASSETS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>   Defendant. | C.A. No. 19-1410-MN |
| VB ASSETS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>   Defendant. | C.A. No. 24-839-MN |

**STIPULATION TO FURTHER EXTEND DEADLINE
FOR COMPLIANCE WITH PROTECTIVE ORDER (D.I. 26 AS AMENDED BY D.I. 42)**

Pursuant to Federal Rule of Civil Procedure 26(c) and Sections 10.6 and 11.6 of the respective Stipulated Protective Orders entered in these related actions—the Stipulated Protective Order in *VB Assets I* (C.A. No. 1:19-cv-01410-MN, D.I. 39) and the Stipulated Protective Order in VB Assets II (C.A. No. 1:24-cv-00839-MN, D.I. 26 as amended by D.I. 42) (collectively, the "Protective Orders")—Plaintiff VB Assets, LLC ("VB Assets") and Defendant Amazon.com Services, LLC (collectively, the "Parties") respectfully stipulate to a 7-day extension of the deadline by which the Parties must return or destroy all Protected Information received in each action. Both actions were dismissed on April 28, 2026, triggering the 60-day compliance deadline under Section 10.2.1 of the *VB Assets I* Protective Order and Section 11.2.1 of the *VB Assets II*

Protective Order. The Parties previously sought, and the Court approved, an extension until August 11, 2026. The Parties request that the deadline be further extended to August 18, 2026, in both actions.

Good cause exists for this extension. VB Assets is subject to pending discovery obligations in separate district court proceedings where defendants in those proceedings have requested, or may request, certain document productions from this case. For example, these document productions include confidential documents produced by non-parties pertaining to alleged prior art. VB Assets requires additional time to assess its document preservation obligations before completing its compliance obligations under the Protective Orders. The cross-use agreement between the two actions means that materials produced in *VB Assets I* were incorporated into *VB Assets II*, and compliance in both actions must therefore be addressed together. The requested extension will allow the parties to further meet and confer on these issues without prejudice to any party or non-party that produced documents.

The Parties therefore respectfully request that the Court enter the proposed order set forth below extending the compliance deadline in both actions by seven days, to August 18, 2026.

Dated: August 12, 2026                     Respectfully submitted,


**SMITH, KATZENSTEIN & JENKINS**          **ASHBY & GEDDES**
**LLP**
                                          */s/ Andrew C. Mayo*
*/s/ Neal C. Belgam*                       Steven J. Balick (No. 2114)
Neal C. Belgam (No. 2721)                  Andrew C. Mayo (No. 5207)
Daniel A. Taylor (No. 6934)                500 Delaware Avenue, 8th Floor
1000 West Street, Suite 1501               P.O. Box 1150
Wilmington, DE 19801                       Wilmington, DE 19899
(302) 652-8400                             (302) 654-1888
nbelgam@skjlaw.com                         sbalick@ashbygeddes.com
dtaylor@skjlaw.com                         amayo@ashbygeddes.com

*Attorneys for Plaintiff VB Assets, LLC*   *Attorneys for Defendant Amazon.com Services, LLC*



IT IS SO ORDERED this _____ day of _____, 2026.


_____

Honorable Maryellen Noreika
United States District Judge